IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NETJETS ASSOCIATION OF SHARED**
**AIRCRAFT PILOTS,**

   **Plaintiff,**

 vs.           Civil Action 2:14-CV-2487
              Judge Watson
              Magistrate Judge King

**NETJETS, INC.,** *et al.*,

   **Defendants.**

## NOTICE

**PROCEEDING:**  **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:**    **ROOM 235**
       Jos. P. Kinneary U.S. Courthouse
       85 Marconi Blvd., R-235
       Columbus, OH 43215

**DATE/TIME:**  February 25, 2015 @ 2:15 p.m.

**PLEASE NOTE:**

 1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov. Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)."

 2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

 3. Any party may request that the conference be held by telephone. The requesting party must initiate the conference call to 614-719-3390. All parties must be given the opportunity to participate by telephone.

 4. Parties or principals are welcome, but not required, to attend the conference.

 5. Questions or concerns should be directed to chambers at 614-719-3390.


January 8, 2015         *s/Jessica Rector*
             Jessica Rector, Courtroom Deputy to
             Magistrate Judge Norah McCann King