IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NETJETS ASSOCIATION OF SHARED
AIRCRAFT PILOTS,

    Plaintiff,

  vs.

NETJETS, INC., *et al.*,

    Defendants.

Case No. 2:14-cv-2487
Judge Watson
Magistrate Judge King

### ORDER

The Court conferred with counsel for the parties, by telephone, on February 3, 2015.

The parties had agreed to plaintiff's entry onto defendant's property on February 4, 2015 for the purpose of obtaining photographs and video recordings expected to be used in evidence. Defendants anticipate asking that the photographs and video recordings be the subject of a protective order and ask that plaintiff be required to agree, as a condition to its entry onto the premises, to a proposed protective order that establishes a procedure governing such requests.

Having heard the positions of the parties, the Court **DIRECTS** that the proposed discovery proceed on February 4, 2015. If defendant concludes that the discovery obtained by plaintiff should be the subject of a protective order, defendant may promptly move for such protection.

February 3, 2015

                        *s/Norah McCann King*
                        Norah McCann King
                United States Magistrate Judge

1