IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NETJETS ASSOCIATION OF SHARED AIRCRAFT PILOTS, | Case No.: 2:14-cv-02487 |
| Plaintiff, | Judge Watson |
| vs. | Magistrate Judge King |
| NETJETS AVIATION, INC., et al. | |
| Defendant. | |

**JOINT MOTION FOR ENTRY OF AGREED ORDER ESTABLISHING PROTOCOL FOR PRODUCTION OF ELECTRONICALLY STORED INFORMATION**

Fed. R. Civ. P. 26(f)(3)(C) required the parties during their Rule 26(f) conference to discuss issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced. Following their Rule 26(f) conference, the parties met and conferred to outline a protocol for production of electronically stored information in this matter. The results of that negotiation were memorialized in the attached Agreed Order Establishing Protocol for Production of Electronically Stored Information. This Order will enable discovery to proceed more smoothly and more efficiently, and will eliminate uncertainty in the expectations of the parties concerning production of electronically stored information.

Accordingly, and pursuant to Rule 26, the parties jointly request the Court enter the attached Agreed Order Establishing Protocol for Production of Electronically Stored Information.

Respectfully submitted,

*s/ Jennifer E. Edwards*
Jennifer E. Edwards  (0079220)
*Trial Attorney*
Ronald G. Linville  (0025803)
Robert M. Kincaid, Jr.  (0017929)
Jacqueline K. Matthews  (0086259)
Andrew E. Samuels  (0090189)
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, OH  43215-4260
Telephone:     614.228.1541
Facsimile:     614.462.2616
Email:          jedwards@bakerlaw.com
                    rlinville@bakerlaw.com
                    rkincaid@bakerlaw.com
                    jmatthews@bakerlaw.com
                    asamuels@bakerlaw.com

John B. Lewis  (0013156)
BAKER & HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH  44114-3482
Telephone:     216.621.0200
Facsimile:     216.696.0740
Email:          jlewis@bakerlaw.com

*Attorneys for Defendants*
*NetJets Aviation, Inc. and NetJets Inc.*

*s/ James Petroff per email authorization*
James Petroff (0042476)
*Trial Attorney*
Trent Taylor (0091748)
BARKAN & MEIZLISH, LLP
250 East Broad Street, I0th Floor
Columbus, Ohio 43215
PH: 614-221-4221; FAX 614-744-2300
jpetroff@barkanmeizlish.com
ttaylor@barkanmeizlish.com

Karl S. Kronenberger (Ohio Reg. 006807)
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108-4707
T: (415) 955-1155 ext. 114
F: (415) 955-1158
karl@KRinternetlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and to be thereby served electronically upon the following counsel of record this 21st day of April, 2015:

>James Petroff
>Barkan Meizlish, LLP
>250 East Broad Street, 10th Floor
>Columbus, Ohio  43215
>jpetroff@barkanmeizlish.com
>
>Trent R. Taylor
>Barkan Meizlish Handelman Goodin DeRose Wentz, LLP
>250 East Broad Street, 10th Floor
>Columbus, Ohio  43215
>ttaylor@barkanmeizlish.com
>
>Karl Stephen Kronenberger
>Kronenberger Rosenfeld, LLP
>150 Post Street, Suite 520
>San Francisco, CA  94108
>karl@krinternetlaw.com

>/s/ Jennifer E. Edwards
>Trial Attorney for Defendants
>NetJets Aviation, Inc. and NetJets Inc.